## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:
RONALD LINSTROM and,
MARISOL LINSTROM                          Case No.: 08-07134
                                          Chapter 7


                Debtor(s).
_____/

## PROOF OF SERVICE
_____

**Documents served:** Notice of Creditor New Address

_____

**Persons served (with addresses):** Ronald and Marisol Linstrom, 4408 Marshall Rd.,
Muskegon, MI 49441


**( ) A matrix of creditors served is attached.**
_____

The undersigned certifies that a copy of the documents listed  above were served upon the parties listed
above at their respective addresses by regular first-class mail, postage pre-paid, by placing the envelopes
in the mail on the date indicated below.

Date of Service: 2 September 2008        I declare that the statement above is
                                         true to the best of my information,
                                         knowledge and belief.


                                         /s/ Elizabeth Whetstone
                                         Elizabeth Whetstone, Legal Assistant to
                                         Roger G. Cotner, Attorney for Debtor(s)
                                         COTNER LAW OFFICE
                                         220 Franklin Avenue
                                         P.O. Box 838
                                         Grand Haven, MI 49417
                                         616-846-7153
                                         cotner@chartermi.net